**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**OFFICE OF THE CLERK**

|  | Mark O. Hatfield U.S. Courthouse | |
|---|---|---|
| **MARY L. MORAN** | 1000 S.W. Third Ave. | **MELISSA AUBIN** |
| Clerk of Court | Portland, OR  97204 | Chief Deputy Clerk |

July 30, 2019

Kay Teague
Sokol & Foster, P.C.
735 SW First Avenue
Fl 2
Portland, OR  97204

**Subject:** *Certificate of Good Standing*

Dear Attorney Kay Teague:

Enclosed is the Certificate of Good Standing you requested. Please let me know if I can be of any further assistance.

Sincerely,

/s/Jennifer Norgate

Atttorney Admissions

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

### CERTIFICATE OF GOOD STANDING

I, Mary L. Moran, Clerk of the United States District Court for the District of Oregon,

DO HEREBY CERTIFY

## *Kay Teague*

was duly admitted to practice in this Court and is in good standing as a member of the bar.

Dated at Portland, Oregon, on July 30, 2019.

MARY L. MORAN
Clerk of Court

By: _____

Jennifer Norgate
Attorney Admissions Clerk